Johnny R. HUFF, Plaintiff–Appellant,

v.

L.M. SAUNDERS; L.W. Huffman, Re-
gional Director, Virginia Department
of Corrections; Debbie Swisher, a/k/a
Debbie Fisher, Defendants–Appellees.

No. 01–6505.

United States Court of Appeals,
Fourth Circuit.

Submitted July 26, 2001.

Decided Aug. 2, 2001.

Johnny R. Huff, pro se.

Before WILKINS, LUTTIG and
TRAXLER, Circuit Judges.

PER CURIAM.

Johnny R. Huff appeals the district
court's order denying relief on his 42
U.S.C.A. § 1983 (West Supp.2000) com-
plaint. We have reviewed the record and
the district court's opinion and find no
reversible error. Accordingly, we affirm
on the reasoning of the district court. *See
Huff v. Saunders,* No. CA–01–25–7

(W.D.Va. Mar. 14, 2001). Huff's motion for injunctive relief is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*